Hall, Judge.
 

 — In this ca.se the Defendants have pleaded the act of 1715, w hich declares, that creditors of any person deceased shall make their claim within seven years after the death of such debtorotherwise such creditor shall be forever barred. The Plaintiff charges that
 
 John Streaior
 
 died insolvent, and that letters of administration on his estate have never been granted to any person»
 

 
 *326
 
 With respect to his insolvency, it appears that a suit was pending against
 
 Jones
 
 at his death, in which he had *
 
 **
 
 r~* an interest. A recovery has been effected by his rcpre-Sentatives since his death, so that it does not appear that he did die insolvent.
 

 With respect to the oilier objection that no person administered upon his estate, it may be observed that no person lias yet administered, and the
 
 Plaintiff
 
 had as much right to sue within seven years after his death, as he had when he brought this suit. He might have administered upon
 
 Streator’s
 
 estate himself, and in that character might have filed a petition against the heirs at law under the act of
 
 1789, (Rev. ch.
 
 311,) provided there was no personal estate. As there was no obstacle to bringing suit within seven years more than exists at this time, and no suit was brought before the present one, I think the act before recited is a bar to it.
 

 Per Curiam.
 

 — Let the bill be dismissed with costs.